# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**MICHAEL ANTHONY MILES**　　　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　　　　**NO. 23-264-SDD-RLB**

**GENERAL MANAGERS, ET AL.**

## NOTICE

　　Please take notice that the attached Magistrate Judge's Report and Recommendations has been filed with the Clerk of the U.S. District Court.

　　In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days from the date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

　　NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

　　Signed in Baton Rouge, Louisiana, on May 16, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD L. BOURGEOIS, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL ANTHONY MILES                               CIVIL ACTION

VERSUS                                              NO. 23-264-SDD-RLB

GENERAL MANAGERS, ET AL.

### REPORT AND RECOMMENDATION

This report and recommendation is issued *sua sponte.*

On April 6, 2023, Plaintiff filed a Complaint with a request for an appointment of counsel and Motion to Proceed in forma pauperis. (R. Docs. 1, 2, 4). Following these filings, the Court entered an Order granting the Motion to Proceed in forma pauperis and an Order denying the request to appoint counsel. (R. Docs. 5, 7). In the Court's Order granting plaintiff's request to proceed in forma pauperis, plaintiff was advised of his responsibility to serve defendants and summons were issued by the Clerk of Court. (R. Docs. 5, 6).

A review of the record on August 1, 2023 indicated summons had not been returned executed by plaintiff and the Court issued an Order to show cause for failure to serve defendants within the time allowed by Fed. R. Civ. P. Rule 4(m). (R. Doc. 8). In response, plaintiff filed a Motion for Clerk's Entry of Default, claiming that "the defendant did not answer to summon [sic] that was giving [sic] to them on May 11, 2023." (R. Doc. 9). This motion was denied by the Clerk of Court because "no proof of service filed." (R. Docs. 10). Defendant did not file proof of service or renew his Motion for Entry of Default.

Instead, on September 6, 2024, plaintiff filed a Motion to Vacate Default. In that motion, he claims that the defendants were given the summons by an individual named Jimmy Noble. (R.

Doc. 11). Presumably, plaintiff is claiming that the defendants have been served and that the Clerk of Court's denial of entry of default was in error.

The Court denied plaintiff's motion. (R. Doc. 12). No other response has been provided to the Court's show cause order. On March 14, 2024, the Court ordered the plaintiff to file executed summons with the affidavit completed by the server.[1] A review of the record indicates that no filings have been made by any party in response to the Court's recent Orders and plaintiff has not filed any documents with the Court in over 7 months. The Court also notes that there is no indication in the record that plaintiff has not received mail at the address listed on the docket.

Based on the foregoing, it appears that plaintiff has not properly served the defendants within the time permitted by the federal rules of civil procedure. When given an opportunity to do so in response to an order to show cause, plaintiff provided an unsupported assertion that service had been made. When order specifically to provide proof of such service, plaintiff has disregarded the Court's order.

## RECOMMENDATION

It is the recommendation of the Magistrate Judge that this matter be dismissed for failure to serve the defendants within the time allowed by Fed. R. Civ. P. Rule 4(m) and failure to comply with an order of the Court.

Signed in Baton Rouge, Louisiana, on May 16, 2024.

	RICHARD L. BOURGEOIS, JR.
	UNITED STATES MAGISTRATE JUDGE

---

[1] An order was originally entered by the undersigned on October 12, 2023 that mistakenly instructed the defendants to file service returns. (R. Doc. 12). The March 14, 2024 order was issued to explain that the plaintiff was responsible for filing proof of service.