# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MICHAEL ANTHONY MILES

VERSUS

GENERAL MANAGERS, ET AL.

CIVIL ACTION

23-264-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Richard L. Bourgeois, Jr. dated May 16, 2024, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that this matter be dismissed for failure to serve the defendants within the time allowed by Fed. R. Civ. P. Rule 4(m) and failure to comply with an order of the Court.

Signed in Baton Rouge, Louisiana, on this 5th day of June, 2024.

*[signature]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 14.